# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GEORGE CORBETT,<br><br>    Defendant. | No. CR09-0028-LRR<br><br>**ORDER** |

This matter is before the court pursuant to the defendant George Corbett's pro se motion to reduce sentence (docket no. 228).

On February 9, 2010, the court sentenced Corbett to 360 months incarceration on two counts related distribution of crack cocaine. (docket no. 107). Corbett appealed, and that appeal was denied by the Eighth Circuit Court of Appeals. *United States v. Corbett*, 397 F. App'x 261 (8th Cir. 2010) (unpublished). On September 20, 2011, Corbett filed a pro se motion for sentence reduction pursuant to the then proposed crack cocaine amendment to the sentencing guidelines. That motion was denied as premature. (docket no. 153). On November 4, 2011, Corbett filed a second motion to reduce sentence pursuant to the crack cocaine guideline change. (docket no. 157). That motion was granted, and Corbett's sentence was reduced to 324 months. (docket no. 158). Corbett then filed a number of other motions related to that amendment which were denied. (*See* docket nos. 160, 179, 191). On November 13, 2014, Corbett filed a motion to reduce his sentence pursuant to the "All Drugs Minus Two" guidelines change. (docket no. 193). The court held a hearing on that motion before denying it on June 29, 2015. (docket no. 205). Corbett filed an appeal, which was denied by the Eighth Circuit

Court of Appeals. *United States v. Corbett*, 630 F. App'x 648 (8th Cir. 2016) (unpublished).

On December 13, 2011, Corbett filed a 28 U.S.C. § 2255 motion challenging his conviction. (*See* C11-0135-LRR, docket no. 1). The court denied that motion on January 8, 2014. (*See* C11-0135-LRR, docket no. 12). Corbett appealed, and his request for a certificate of appealability was denied by the Eighth Circuit on June 20, 2014. (*See* C11-0135-LRR, docket no. 19).

In his current motion, Corbett requests a sentence reduction. However, Corbett fails to allege any basis for the court to reduce his sentence. He simply states that he requests the court reduce his sentence pursuant to the "the law for non[] violent drug offenders."[1] (docket no. 228). Because the court lacks any basis to reduce Corbett's sentence, his motion (docket no. 228) is **denied**.

**IT IS SO ORDERED**.

**DATED** this 12th day of December, 2018.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

---

[1] It is possible Corbett is referring to a law currently being debated in Congress. To the extent that is true, Corbett's motion is, at best, premature.